IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RYAN KOERDT**                                                                                        **PLAINTIFF**

v.                                    CASE NO. 4:21-CV-00554-BSM

**RUSSELLVILLE SCHOOL
DISTRICT,** *et al.*                                                                              **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

DATED this 13th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE